## VIRGINIA:

 *In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday, the 12th day of February, 2026.*

Present: All the Justices

WILLIAM ELDRED NORWOOD,           APPELLANT,

 against     Record No. 241067
       Court of Appeals No. 1741-23-3

COMMONWEALTH OF VIRGINIA,          APPELLEE.

             UPON AN APPEAL FROM A
             JUDGMENT RENDERED BY THE
             COURT OF APPEALS OF VIRGINIA.

 Upon consideration of the record, briefs, and argument of counsel, the Court is of the opinion that there is no reversible error in the judgment of the Court of Appeals. Accordingly, the Court affirms the judgment of the Court of Appeals for the reasons stated in *Norwood v. Commonwealth*, No. 1741-23-3, 2024 Va. App. LEXIS 650 (Nov. 12, 2024).

 This order shall be published in the Virginia Reports and certified to the Court of Appeals of Virginia and the Circuit Court of Rockbridge County.

        A Copy,

        Teste:

              Clerk